

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00531-CR

Matthew Scott **GRAVLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR8485A
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 16, 2013.

Sandee Bryan Marion, Justice